LUCILE FIORE, PLAINTIFF-PETITIONER, v. ALBERT FIORE, DEFENDANT-RESPONDENT.

See same case below: 49 *N. J. Super.* 219.

*Mr. Lucile Fiore, in propria persona.*

*Messrs. David & Albert L. Cohn* for the respondent.

October 13, 1958. Denied.

RALPH SANS, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. RAMSEY GOLF AND COUNTRY CLUB, DEFENDANT-PETITIONER.

See same case below: 50 *N. J. Super.* 127.

*Mr. James A. Major* and *Mr. James M. Muth* for the petitioner.

*Messrs. Van Riper & Belmont* for the respondents.

October 13, 1958. Granted.